her. The Surrogate's Court had jurisdiction of the subject-matter. (*Matter of Young* v. *Hicks*, 92 N. Y. 235; *Matter of Richmond*, 63 App. Div. 488.) Reynolds P. MacAlpine, as the donee of a general and beneficial power (*Cutting* v. *Cutting*, 86 N. Y. 522), represented his subsequent appointee, the appellant, in that proceeding. The decree of the Surrogate's Court should be affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ. Decree so far as appealed from affirmed, with costs.

JOHN DIETSCHLER and Others, Suing in Behalf of Themselves and All Other Creditors of HENRY A. WALTER and Another, etc., Respondents, v. HENRY A. WALTER and Others, Defendants. GEORGE C. ROUNDS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

PATRICK H. MURRAY, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [131 Misc. 262.]

THEODORE KRUG, Respondent, v. ERNEST H. ERZKUS, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WALTER F. HEALY and Another, Respondents, v. J. VERNON WANTSHOUSE, Appellant.— Judgment affirmed, with costs. New finding of fact made. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE SILVER CREEK NATIONAL BANK, Respondent, v. JOHN B. KEPNER, Doing Business under the Firm Name and Style of KEYSTONE ORGANIZATION, Appellant.— Judgment and order affirmed, with costs. All concur, except Crouch, J., who dissents and votes for reversal on the ground that the defense cannot be fairly said to be sham; that the plaintiff's proof in support of its claim is interested and, under the circumstances shown by the affidavits, cannot be said to be free from suspicion; that, therefore, there was an issue for trial. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE SILVER CREEK NATIONAL BANK, Respondent, v. JOHN B. KEPNER, Doing Business under the Firm Name and Style of KEYSTONE ORGANIZATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

BARNES-AMES COMPANY, Respondent, v. BUFFALO ELEVATING COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

BARNES-AMES COMPANY, Respondent, v. GREAT EASTERN ELEVATOR CORPORATION, INCORPORATED, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

ADELE GUTTAS, Respondent, v. DEEB GUTTAS, Appellant.— Judgment reversed on the facts and a new trial granted at Special Term or before another referee, without costs of this appeal to either party, on the ground that finding of fact numbered first in the referee's supplemental report is against the weight of the evidence. All concur, except Edgcomb and Crosby, JJ., who dissent and vote for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [131 Misc. 278.]